UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUANTIAE HARRIS<br><br>Defendant. | 4:24-CR-40118-KES<br><br><br>ORDER DENYING<br>PRO SE MOTION |

Defendant, Quantiae Harris, filed a pro se motion for "relief based on unlawful extradition detention and violation of due process." Docket 321. But Harris's case is on appeal before the Eighth Circuit Court of Appeals. *See* Docket 315. This court does not have jurisdiction to rule on this motion while Harris's case is on appeal. *See State ex rel. Nixon v. Coeur D'Alene Tribe,* 164 F.3d 1102, 1106 (8th Cir. 1999). Thus, it is

ORDERED that defendant's pro se motion (Docket 321) is denied without prejudice.

DATED July 7, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE